UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW AGAR,<br><br>        Plaintiff,<br><br>    v.<br><br>AT&T MOBIITY SERVICES, LLC,<br><br>        Defendant. | No. 2:16-cv-02026 - LEK<br><br><br><br>ORDER |

The parties to this action have requested to have the Settlement Conference now scheduled before the undersigned on May 18, 2017 to be rescheduled for September 7, 2017 at 9:00 a.m. in Courtroom 9 to allow for continuing informal exchanges of information and settlement negotiations. Good cause appearing therefore IT IS HEREBY ORDERED that:

    1.     The Settlement Conference on the court's May 18, 2017 is hereby vacated;

    2.     The Settlement Conference shall now be calendared on the court's September 7, 2017 calendar at 9:00 a.m. in Courtroom No. 9.

    3.     The previous schedule for the submission of counsel statements shall apply to the new hearing date.

////

////

////

1

4. The rescheduling of this settlement conference in no way changes the dates ordered in the Pretrial Scheduling Order by the District Judge for any other litigation event.

**IT IS SO ORDERED.**

Dated: May 10, 2017

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE