MAYALL HURLEY
A Professional Corporation
2453 Grand Canal Boulevard
Stockton, California 95207
Telephone (209) 477-3833
Facsimile (209) 473-4818
NICHOLAS J. SCARDIGLI
CA State Bar No. 249947

Attorneys for Plaintiff MATTHEW AGAR

PILLSBURY WINTHROP SHAW PITTMAN LLP
PAULA M. WEBER #121144
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 983-1000
Facsimile: (415) 983-1200

PILLSBURY WINTHROP SHAW PITTMAN LLP
DEREK M. MAYOR #307171
2600 Capitol Avenue, Suite 300
Sacramento, CA 95816-5930
Telephone: (916) 329-4700
Facsimile: (916) 441-3583

Attorneys for Defendant

AT&T MOBILITY SERVICES LLC

# UNITED STATE DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| MATTHEW AGAR, | Case No.: 2:16-CV-02026 LEK |
| Plaintiff, | STIPULATION OF DISMISSAL AND ORDER |
| vs. | |
| AT&T MOBILITY SERVICES LLC; and DOES 1-10, inclusive, | |
| Defendants. | |

Stipulation of Dismissal
Page 1 of 2

1     WHEREAS, on September 7, 2017, Plaintiff Matthew Agar ("Plaintiff") and Defendant AT&T Mobility Services LLC ("Defendant") entered into a confidential settlement of all claims asserted in this matter.

    THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and Defendant through their designated counsel that the above-captioned action should be dismissed with prejudice pursuant to FRCP 41(a)(1)(A). Plaintiff and Defendant further stipulate that the parties shall bear their own attorneys' fees and costs.

    IT IS SO STIPULATED.

**DATED**: September 8, 2017            **MAYALL HURLEY P.C.**

By    /s/ Nicholas J. Scardigli
NICHOLAS J. SCARDIGLI
Attorneys for Plaintiff
MATTHEW AGAR

**DATED**: September __, 2017      **PILLSBURY WINTHROP SHAW PITTMAN LLP**

By    /s/ Paula M. Weber
PAULA M. WEBER
Attorneys for Defendant
AT&T MOBILITY SERVICES LLC

APPROVED AND SO ORDERED:

DATED: September 13, 2017

/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge